# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHADE W. HALL,

    Plaintiff,

v.

JIM SACKETT, *et al.*,

    Defendants.

Case No. 2:11-CV-00477-KJD-LRL

**ORDER**

    On April 13, 2011 the Court screened Plaintiff's prisoner civil rights complaint pursuant to 28 U.S.C. §1915A and determined that the action was not properly removed to federal court and that it failed to state a claim for violation of Plaintiff's federal constitutional rights. (Dkt. #4). The case was closed on April 13, 2011. On April 12, 2011, Plaintiff sought leave to amend his complaint (#5). This request was not docketed until April 18, 2011, likely due to the time required for mailing to the Court. Plaintiff failed to attach a proposed amended pleading as required by Local Rule 15-1.

    Plaintiff's Motion does not explain how he will be able to cure the defects in his previous complaint. Accordingly, the Motion is denied. However, the Court will permit Plaintiff to file a second motion for leave to amend if the motion contains a proposed amended pleading as required by

Local Rule 15-1.  If Plaintiff wishes to file this second motion to amend, he must do so on or before November 30, 2011.

Accordingly, **IT IS HEREBY ORDERED** the Motion for Leave to File an Amended Complaint (#5) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff may file a second motion for leave to amend that complies with Local Rule 15-1 on or before November 30, 2011.

DATED this 19th day of October 2011.

_____
Kent J. Dawson
United States District Judge